FILED
 2018 Oct-19  AM 10:43
U.S. DISTRICT COURT
   N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SUSAN ISMAIL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:18-cv-01345-JHE |
| ASCENSIONPOINT RECOVERY SERVICES, LLC, | ) ) ) ) |
| Defendant. | ) |

## SCHEDULING ORDER

This order is entered under Fed. R. Civ. P. 16(b) based on the parties' report of a planning meeting. (Doc. 12). This order governs further proceedings in this action unless modified for good cause shown.

1. **Pleadings and Parties:** Unless the party's pleading may be amended as a matter of course pursuant to Fed. R. Civ. P. 15(a), the party must file a Motion for Leave to Amend. Such Motion for Leave to Amend shall state, specifically, those matters the party wishes to add or delete and shall contain, attached as an exhibit, the complete and executed Amended Complaint or Amended Answer, which is suitable for filing. The Motion for Leave to Amend, with the attached amended pleading, shall be served in accordance with Fed. R. Civ. P. 5.

    Plaintiff(s) should be allowed until **November 1, 2018** to join additional parties and until **November 15, 2018** to amend the pleadings. Defendant(s) should be allowed until **November 30, 2018** to join additional parties and until **December 14, 2018** to amend the pleadings.

2. **Dispositive Motions:** All potentially dispositive motions must be filed no later than **June 1, 2019**.[1]

3. **Expert Testimony:** Unless modified by stipulation of the parties, the disclosures of expert witnesses--including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert--are due:

---

[1] The parties are directed to refer to the Initial Order entered in this action for specific briefing and submission requirements for dispositive motions.

    From plaintiff(s):        by **January 8, 2019**

    From defendant(s):      by **March 4, 2019**

4. **Discovery limitations and cutoff:**

   (a) Unless modified by stipulation of the parties:

   | | |
   |---|---|
   | **Depositions:** | Maximum of **2** by each party. |
   | **Interrogatories:** | Maximum of **25** by any party directed to any other party. |
   | **Requests for Production:** | Maximum of **25** by any party directed to any other party. |
   | **Requests for Admission:** | Maximum of **30** by any party directed to any other party. |

   (b) Unless modified by court order for good cause shown:

   **Supplementation:** Supplementation of disclosures and discovery under Fed. R. Civ. P. 26(e) shall be due as required pursuant to Federal Rules of Civil Procedure 26.

   **Deadline:** All discovery must be commenced in time to be completed by **May 1, 2019**.

   **Privileged Material:** Pursuant to Fed. R. Evid. 502(b) and (d), the inadvertent disclosure of any privileged communication, information, document, or ESI shall not operate as a waiver of the privilege in this or any other proceeding to the extent the producing party complies with the requirements of Fed. R. Evid. 502(b) and Fed. R. Civ. P. 26(b)(5)(B).[2]

5. **Additional conference(s):** A pretrial conference will be scheduled on or before **August 2019,** in a separate order.

6. **Final lists:** The court will establish deadlines for the exchange and filing of final witness and exhibit lists and objections under Fed. R. Civ. P. 26(a)(3) at the pretrial conference.

7. **Trial:** The parties shall be ready for trial on or before **September 2019**, to be scheduled by separate order.

---

[2] Before filing a motion regarding a discovery dispute, a party must comply with the discovery dispute resolution procedure outlined in the Initial Order entered in this action. After conferring in person or via telephone pursuant to that procedure, but before a motion regarding a discovery dispute is filed, the parties may request a conference with the undersigned, if they believe a conference may resolve their dispute without resort to a motion.

8. **Other Agreements Incorporated:** The report of parties may memorialize agreements not reflected here, such as due dates for various discovery responses. This order incorporates any such agreements to the extent they do not conflict with the express terms of this order.

DONE this 19th day of October, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

3